UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINE POINT SHIPYARD, LLC          CIVIL ACTION NO.
AND CHEM CARRIERS, LLC
                                        JUDGE
VERSUS
                                        MAGISTRATE JUDGE
KIRBY INLAND MARINE, LP

**<u>ORIGINAL COMPLAINT</u>**

The Complaint of Plaquemine Point Shipyard, LLC and Chem Carriers, LLC against Kirby Inland Marine, LP in a cause of allision, tort, civil and maritime, and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, respectfully avers, upon information and belief, as follows:

I.

At all times herein, plaintiff, Plaquemine Point Shipyard, LLC (hereinafter "PPS"), was and is a Louisiana limited liability company with its principal place of business in the State of Louisiana. PPS is the owner and operator of a shipyard located on the left descending bank of the Mississippi River in Sunshine, Louisiana.

II.

At all times pertinent herein, plaintiff, Chem Carriers, LLC ("Chem Carriers"), was and is a Louisiana limited liability company with its principal place of business in the State of Louisiana and was the owner and/or operator of Barges CCL-404 and CCL-407.

III.

At all times pertinent herein, upon information and belief, defendant, Kirby Inland Marine, LP ("Kirby"), was and is a foreign limited partnership with its principal place of

business in Houston, Texas, authorized to do and doing business within the State of Louisiana and within the jurisdiction of this Honorable Court.

IV.

At all times pertinent herein, Kirby was the owner and operator of the M/V LEVITICUS, an inland towboat, Official No. 577329.

V.

This is an admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court within the meaning of 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

VI.

Venue is proper in this Court pursuant to 28 U.S.C. §1391 because Kirby has sufficient contacts within this district, subjecting it to the personal jurisdiction of this Court.

VII.

On or about March 6, 2019, the M/V LEVITICUS was downbound on the Mississippi River at or near Mile 208 with several barges in tow.

VIII.

On or about the aforesaid date, Barges CCL-404 and CCL-407 were moored at the PPS shipyard on the left descending bank of the Mississippi River.

IX.

On or about the aforesaid date, the M/V LEVITICUS and her tow collided with the PPS shipyard and Barges CCL-404 and CCL-407.

X.

The aforesaid allision was caused as a result of the fault and/or neglect of Kirby and/or its agents and employees, for whom Kirby is vicariously responsible in the following non-exclusive respects:

a. Failing to provide a safe, seaworthy and properly maintained vessel appropriate to the responsibility undertaken by Kirby;

b. Failing to properly maintain a vessel;

c. Failure to comply with the rules of the road;

d. Failing to exercise due care to avoid the allision; and

e. All other negligent acts and/or omissions that will be shown at the trial of this action.

XI.

As a result of the aforesaid allision, Barges CCL-404 and CCL-407 were damaged.

XII.

As a result of the aforesaid allision, PPS's shipyard, facilities, equipment, and property were damaged.

XIII.

As a result of the aforesaid allision, PPS has and/or will sustain damages, including but not limited to, temporary and permanent repair costs for its shipyard, facility, equipment, survey expenses, loss of use, lost profits and any and all other damages which will be shown at the trial of this matter.

XIV.

As a result of the aforesaid allision, Chem Carriers has and/or will sustain damages, including but not limited to, repair costs for the barges, survey expenses, loss of use and/or charter hire, fleeting expenses, offloading expenses, and any and all other damages which will be shown at the trial of this matter.

XV.

Kirby is liable to PPS, for all damages sustained by PPS herein, including but not limited to, damage to the shipyard, temporary and permanent repair costs, survey expenses, and/or loss of use, etc.

XVI.

Additionally, Kirby is liable to Chem Carriers for all damages sustained by Chem Carriers herein, including but not limited to, damage to the barges, repair costs, survey expenses, loss of use and/or charter hire, fleeting expenses, offloading expenses, etc.

**WHEREFORE,** plaintiffs, Plaquemine Point Shipyard, LLC and Chem Carriers, LLC, pray that after due proceedings are had, judgment be entered in their favor, and against defendant, Kirby Inland Marine, LP, for all damages sustained herein, plus interest and costs and for such other general and equitable relief as this Honorable Court deems proper.

[Signature and Certificate of Service on following page.]

Respectfully submitted,

s/Georges M. Legrand
_____
GEORGES M. LEGRAND, T.A. (Bar #8282)
MICHAEL T. NEUNER (Bar #36605)
Mouledoux, Bland, Legrand & Brackett
701 Poydras Street, Suite 4150
New Orleans, LA  70139
Telephone:  504-595-3000
Facsimile:   504-522-2121
E-Mail:  glegrand@mblb.com;
mneuner@mblb.com
Attorneys for Plaintiffs, Plaquemine Point Shipyard, LLC and Chem Carriers, LLC

**PLEASE SERVE:**
Kirby Inland Marine, LP
Through its Registered Agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA, 70802